UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOROTHY KING,

        Plaintiff,

                                    File no: 1:09-CV-871

v.

                                    HON. ROBERT HOLMES BELL

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

      The Court has reviewed the Report and Recommendation filed by the United States

Magistrate Judge in this action. The Report and Recommendation was duly served on the

parties. No objections have been filed.

      NOW THEREFORE, the Report and Recommendation (docket #20) is hereby adopted as

the opinion of the Court.

      THEREFORE, IT IS ORDERED that:

      The decision of the Commissioner of Social Security is hereby **AFFIRMED**.

Dated: August 10, 2010             /s/ Robert Holmes Bell
                                    ROBERT HOLMES BELL
                                    UNITED STATES DISTRICT JUDGE